# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, K.J. BRUBAKER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**JOSEPH E. FISHER**
**FIRE CONTROL TECHNICIAN SEAMAN (E-3), U.S. NAVY**

**NMCCA 201400426**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 20 August 2014.
**Military Judge:** CDR Marcus Fulton, JAGC, USN.
**Convening Authority:** Commander, Navy Region Hawaii, Pearl Harbor, HI.
**Staff Judge Advocate's Recommendation:** LCDR J.S. Ayeroff, JAGC, USN.
**For Appellant:** CDR Suzanne M. Lachelier, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**26 February 2015**

---------------------------------------------------------
**OPINION OF THE COURT**
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court